# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

Bruce Jordan

08-179-M-01

CASE NUMBER: 02-1004M

**FILED**

MAR 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Bruce Jordan and bring him or her forthwith to the nearest magistrate judge to answer a(n)

___Indictment ___Information ___Complaint ___Order of Court ___Violation Notice _X_ Pretrial Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title 18 United States Code, Section(s) 3148

Karen Jones
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $

Deputy Clerk
Title of Issuing Officer

10/08/02
401 Courthouse Square Alexandria, VA 22314
Date and Location

by: The Honorable Theresa Carroll Buchanan
United States Magistrate Judge

| Date Received 3/7/08 | Name and Title of Arresting Officer Brian O'Neill Deputy U.S. Marshal | Signature of Arresting Officer _(signature)_ |
|---|---|---|
| Date of Arrest 3/2/08 | | |

PS8
(6/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia


OCT - 8 2002

U.S.A vs. Bruce Jordan
Docket No. 02-1004-M

# 08-179-M-01

Petition for Action on Conditions of Pretrial Release

COMES NOW Kimberly G. Kendrick, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Bruce Jordan, who was placed under pretrial release supervision by the Honorable Theresa C. Buchanan sitting in the Court at Alexandria, on September 3, 2002, under the following conditions:

1. Pretrial Services supervision;
2. not depart the Washington, D.C. metropolitan area without prior approval of Pretrial Services or this Court; and
3. undergo substance abuse testing and treatment as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

Defendant continues to fail to report for treatment, test positive for illegal substances, and fail to report for urine collection.

PRAYING THAT THE COURT WILL ORDER a warrant and the defendant show cause why his conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this 8th day of October, 2002 and ordered filed and made a part of the records in the above case.

/s/ Theresa C. Buchanan
U.S. Magistrate Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
   DEPUTY CLERK

Respectfully,

/s/ Kimberly D. Kendrick
U.S. Pretrial Services Officer

Place: Alexandria

Date: October 7, 2002

(5)

** TOTAL PAGE.02 **